**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-7492**

———————————

In Re: PAUL NAGY,

Petitioner.

———————————

On Petition for Writ of Mandamus. (CA-98-951-5-BR)

———————————

Submitted:  January 19, 2005          Decided:  February 11, 2005

———————————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Paul Nagy, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul Nagy has filed a petition for writ of mandamus seeking to have this court direct the district court to rule on certain motions filed in March 2004. On September 2, 2004, the district court entered its order denying those motions and a motion for expedited ruling on the motions. Accordingly, although we grant the motion to proceed in forma pauperis, we deny as moot the petition for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED